■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL LEWIS, Also Known as ORVILLE FRANCIS, Appellant. [721 NYS2d 529] —Judgment, Supreme Court, New York County (Charles Tejada, J.), rendered January 15, 1999, convicting defendant, after a jury trial, of grand larceny in the fourth degree and unauthorized use of a vehicle in the second degree, and sentencing him to concurrent terms of 1⅓ to 4 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Questions of credibility and identification were properly presented to the jury, and there is no basis upon which to disturb its findings. Concur—Nardelli, J. P., Williams, Tom, Lerner and Rubin, JJ.

■ RINA KERZNER, Appellant, v STUART KERZNER, Respondent. [726 NYS2d 388] —Order, Supreme Court, New York County (Marjory Fields, J.), entered February 10, 2000, which, *inter alia*, denied plaintiff wife's motion for an award of interim counsel fees in the amount of $50,0000, unanimously affirmed, without costs.

In view of the financial circumstances of the parties as documented before the court, disclosing, *inter alia*, that plaintiff has access to some $2 million from the sale of the former marital residence, the denial of plaintiff's motion for an award of interim counsel fees constituted a proper exercise of discretion (*see, Mastrandrea v Mastrandrea*, 268 AD2d 293). Concur—Nardelli, J. P., Williams, Tom, Lerner and Rubin, JJ.